CT/cvmhrg (October 17, 2001)

HONORABLE _Dnney_

DEPUTY CLERK _Dew_     RPTR/ERO/TAPE _Marshall_

TOTAL TIME: ___ hours _45_ minutes

DATE _2/27/04_     START TIME: _2:50_ END TIME _3:35_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Navon_

CIVIL NO. _02 CV1812 CFD_

§     _Berman_
§     Plaintiffs Counsel
vs.     §     ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§     _Simon_
_Simon_     §     Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing       ☐ (confmhrg.) Confirmation Hearing       ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing         ☐ (stlmthrg.) Settlement Hearing
☒ (mischrg.) Miscelaneous Hearing

_Re: Bankruptcy appeal_

MOTION
DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ....... | ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____ | | | |
| ☐ ....... | _____ | ☐ filed | ☐ docketed | |
| ☐ ....... | _____ | ☐ filed | ☐ docketed | |
| ☐ ....... | _____ | ☐ filed | ☐ docketed | |
| ☐ ....... | _____ | ☐ filed | ☐ docketed | |
| ☐ ....... | _____ | ☐ filed | ☐ docketed | |
| ☐ ....... | _____ | ☐ filed | ☐ docketed | |
| ☐ ....... | _____ | ☐ filed | ☐ docketed | |
| ☐ ....... | _____ | ☐ filed | ☐ docketed | |
| ☐ ....... | _____ | ☐ filed | ☐ docketed | |
| ☐ ........ | Hearing continued until _____ at _____ | | | |