# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
# HARTFORD

| | |
|---|---|
| IN RE: GERSHON NAVON ) | APPEARANCE |
| ) | |
| ) | CHAPTER 7 |
| ) | CASE #01-51149(AHS) |
| GERSHON NAVON, ) | |
| ) | CIVIL ACTION |
| ) | NO: 3:02cv1812 (CFD) |
| APPELLANT ) | |
| ) | |
| VS. ) | |
| ) | |
| FRANK SIMON, II ) | February    , 2006 |
| ) | |
| APPELLEE ) | |

To the Clerk of this court and all parties of record:

The undersigned hereby enters an appearance on behalf of:

FRANK SIMON, II., APPELLEE

February 16, 2006
Date

CT 15634
Connecticut Federal Bar Number

(914)682-6894
Telephone Number

Fax: (914)682-6894

Keith N. Costa
Print Clearly or Type Name

Pullman & Comley, LLC

50 Main Street, Suite 1000
Address

White Plains, NY 10606

email: kcosta@pullcom.com

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on ~~the date hereon~~ February 17, 2006 to all counsel and pro se parties of record.

James Berman
Zeisler & Zeisler, P.C.
558 Clinton Ave.,
P.O. Box 3186
Bridgeport, CT 06605-0186
Counsel for Appellant, Gerson Navon

Patricia Beary
U.S. Trustee Office
265 Church Street
Suite 1103
New Haven, CT 06510-7016
Office of the U.S. Trustee

U.S. Bankruptcy Court
Clerk's Office
915 Lafayette Blvd.
Bridgeport, CT 06604

Keith N. Costa

Bridgeport/67766.1/PLL/587996v1