UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GERSHONE NAVON  
    Appellant               :

    v.                       :    CASE NO. 3:02CV1812 (CFD)

FRANK SIMON  
    Appellee                :

## JUDGMENT

This action having come before the Court before the Honorable Christopher F. Droney, United States District Judge, on appellant's appeal of the Bankruptcy Court's decision of September 12, 2002, and

The Court having considered the full record of this case and the applicable principles of law, and on March 6, 2007, having filed its Ruling on the Bankruptcy Appeal affirming the decision of the Bankruptcy Court; it is therefore

ORDERED, ADJUDGED and DECREED that the decision of the Bankruptcy Court be and is hereby affirmed.

Dated at Hartford, Connecticut this 14th day of March, 2007.

                                                      KEVIN F. ROWE, Clerk

                                                      By: /s/ Devorah Johnson  
                                                          Devorah Johnson  
                                                          Deputy Clerk